UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGO ESQUEDA REYES (5),<br>aka "Rigo", aka "Rascal",<br><br>Defendant. | Case No.  19cr4749-JLS<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On January 1, 2021, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of RODRIGO ESQUEDA REYES (5) ("Defendant") in the following properties:

    a. One Ruger Security 9 pistol, Serial No. 38110886

    b. Approximately 30 rounds of .223 ammunition, and

    c. One AR-15 semi-automatic assault rifle.

The ammunition and assault rifle (items b and c above) are currently in the custody of the El Centro Police Department, to be disposed of by that agency according to law when no longer needed for evidence.

For thirty (30) consecutive days ending on March 14, 2021, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order

1  and the United States' intent to dispose of the Ruger Security 9 pistol, Serial No.
2  38110886 in such manner as the Attorney General may direct, pursuant to 21 U.S.C.
3  § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims
4  and Asset Forfeiture Actions, and further notifying all third parties of their right to
5  petition the Court within thirty (30) days of the final publication for a hearing to
6  adjudicate the validity of their alleged legal interest in the firearm.

7        On February 18, 2021, Notice of Order of Forfeiture was sent by Federal
8  Express as follows:

| Name and Address | Tracking No. | Result |
| --- | --- | --- |
| Luay Daniel Mamou (1)<br>c/o Robert C. Schlein, Esq.<br>Robert C. Schlein and Associates<br>750 B Street, Suite 3210<br>San Diego, CA 92101-8114 | 772937894245 | Delivered on 2/22/21 |
| Gary Lee Turk Hatfield (2)<br>c/o Diane M. Regan<br>Attorney at Law<br>414 S. 4th Street<br>El Centro, CA 92243-3009 | 772937946599 | Delivered on 2/19/21 |
| Michael Amir Bachoua (3)<br>c/o Michael J. Messina<br>Attorney at Law<br>450 B Street, Suite 1600<br>San Diego, CA 92101 | 772938000176 | Delivered on 2/19/21 |
| Elton Ray Lawrence (4)<br>c/o Martha McNab Hall, Esq.<br>DiIorio and Hall<br>964 Fifth Avenue, Suite 214<br>San Diego, CA 92101-6128 | 772938232648 | Delivered on 2/19/21 |
| Luciano Huerta Sanchez (6)<br>c/o Meghan Annette Blanco<br>Attorney at Law<br>28202 Cabot Road, Suite 300<br>Laguna Niguel, CA 92677-1249 | 772938996420 | Delivered on 3/01/21 |
| Sergio Lopez-Morales (7)<br>c/o Nicholas DePento<br>Attorney at Law<br>501 West Broadway, Suite A-410<br>San Diego, CA 92101 | 772939035394 | Delivered on 2/19/21 |

28  //

| Name and Address | Tracking No. | Result |
|---|---|---|
| Austin Wheeler Brown (8)<br>c/o Benjamin B. Kington, Esq.<br>Boyce & Schaefer<br>934 23rd Street<br>San Diego, CA 92102-1914 | 772938419348 | Delivered on 2/19/21 |
| Wayne Oswald Marshall, Jr. (9)<br>c/o Amber Rabon-Luna<br>Attorney at Law<br>4876 Santa Monica Ave., Ste. 237<br>San Diego, CA 92107-2811 | 772938484618 | Delivered on 2/19/21 |
| Ronald Wade Alread, Sr. (10)<br>c/o David L. Baker<br>Attorney at Law<br>419 19th Street<br>San Diego, CA 92101-2801 | 772938528974 | Delivered on 2/19/21 |
| Carlos Manuel Arroyo, Jr. (11)<br>c/o Lewis C. Muller<br>Attorney at Law<br>9625 Mission Gorge Rd., Suite B2<br>Santee, CA 92071-1527 | 772938574789 | Delivered on 2/19/21 |
| Erik Robert Vista (12)<br>c/o Casey J. Donovan, Jr.<br>Attorney at Law<br>105 West F Street, Fourth Floor<br>San Diego, CA 92101-6087 | 772938689008 | Delivered on 2/22/21 |
| Alfredo Mendoza (13)<br>c/o Stephen P. White<br>Attorney at Law<br>750 B Street, Suite 1760<br>San Diego, CA 92101-6036 | 772938763206 | Delivered on 2/19/21 |
| Kailin McFadden<br>1805 Forrester Road<br>El Centro, CA 92243-9535 | 772938813410 | Delivered on 2/20/21 |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party has made a claim to or declared any interest in the forfeited firearm described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of RODRIGO

ESQUEDA REYES (5) and any and all third parties in the following property are hereby condemned, forfeited and vested in the United States of America:

One Ruger Security 9 pistol, Serial No. 38110886

IT IS FURTHER ORDERED that any and all interest of the following persons are specifically terminated and forfeited to the United States of America as to the above-referenced firearm:

| | |
|---|---|
| Luay Daniel Mamou (1) | Wayne Oswald Marshall, Jr. (9) |
| Gary Lee Turk Hatfield (2) | Ronald Wade Alread, Sr. (10) |
| Michael Amir Bachoua (3) | Carlos Manuel Arroyo, Jr. (11) |
| Elton Ray Lawrence (4) | Erik Robert Vista (12) |
| Luciano Huerta Sanchez (6) | Alfredo Mendoza (13) |
| Sergio Lopez-Morales (7) | Kailin McFadden |
| Austin Wheeler Brown (8) | |

IT IS FURTHER ORDERED that U.S. Alcohol, Tobacco, Firearms and Explosives shall dispose of the Ruger Security 9 pistol, Serial No. 38110886 according to law.

IT IS SO ORDERED.

Dated: April 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge